UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil File No.: 5:23-cv-660

| | |
|---|---|
| HUNTER'S RUN, LLC, <br><br> Plaintiff, <br><br> v. <br><br> AUTO-OWNERS INSURANCE COMPANY, <br><br> Defendant. | **ORDER TO AMEND CAPTION AND SUBSTITUTE PARTY DEFENDANT** |

Pursuant to Fed. R. Civ. P. 15 and 20, Plaintiff moved this Court to amend the caption and substitute a party defendant. For good cause shown it is hereby ORDERED that:

1. Owners Insurance Company shall be substituted as a party Defendant for Auto-Owners Insurance Company.

2. Auto-Owners Insurance Company is dismissed as a party Defendant, without prejudice.

3. Any reference to any pleading filed to the date of this Order that references Auto-Owners Insurance Company shall be treated as a reference to Owners

Insurance Company, unless the context indicates otherwise.

4. Owners Insurance Company shall answer or otherwise plead in response to the Complaint within thirty (30) days.

Signed this 2nd day of January, 2024.

_____
LOUISE W. FLANAGAN
United States District Judge